In The United States District Court

For The Middle District of Alabama

Robert Clements,     *

     Petitioner,     *

   -vs-     *    Case Number:

Warden Gwendolyn Mosley,     *    3:05CV723-T

And; Ala. Attorney General,        Assigned By Clerk

     Respondents.     *

[RECEIVED 2005 AUG -3 A 10:12, DEBRA P. HACKETT, CLK, U.S. DISTRICT COURT, MIDDLE DISTRICT ALA]

## Motion For Leave To Proceed In Forma Pauperis

Comes the Petitioner, pursuant to: 28 U.S.C., § 1915, et. seq., and hereby moves this Court for an "Order" permitting him to proceed with his 28 U.S.C. § 2254 Petition without prepayment of fees, costs, or security thereof.

Petitioner also provides to this Court a properly certified "In Forma-Pauperis Declaration" in support of this instant motion.

Executed this the __31__ Day of July, 2005

Respectfully Submitted,
X Robert Clements
Robert W. Clements,
Petitioner, Pro-Se

-1-



IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF ALABAMA

AFFIDAVIT IN SUPPORT OF REQUEST
TO PROCEED IN FORMA PAUPERIS

Robert Wayne Clements,
Plaintiff(s)

vs.

Warden Gwendolyn Moseley, Et. Al.,
Defendant(s)

I, Robert Wayne Clements #145598, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    YES ( )    NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.
   N/A - Incarcerated

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.
   N/A - 2001 Self-Employment    $2000/mo

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment?    YES ( )    NO (X)

   B. Rent payments, interest or dividends?    YES ( )    NO (X)

   C. Pensions, annuities or life insurance payments?    YES ( )    NO (X)

   D. Gifts or inheritances?    YES ( )    NO (X)

   E. Any other sources?    YES ( )    NO (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.
N/A - None

3. Do you own cash, or do you have money in a checking or savings account? [Include any funds in prison accounts.] YES (X) NO ( )

If the answer is YES, state the total value of the items owned. See Attached Certificate & Print Out

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]? YES ( ) NO (X)

If the answer is YES, describe the property and state its approximate value. N/A - NONE

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. N/A - NONE

                                                    x Robert W Clement
                                                    Signature of Affiant

STATE OF ALABAMA    )
COUNTY OF_____)

Before me, a notary public in and for said County, in said State, personally appeared_____, whose name is signed to the foregoing complaint, who being first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

                                                    _____
                                                    Signature of Affiant

Sworn to and subscribed before me this _____ day of _____, 19___.

                                                    _____
                                                    Notary Public
                                                    _____ County, Alabama

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07-25-05
                (date)

_____Kent W Clemons_____   145598
       Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 25.72 on account to his credit at the  Easterling  institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

See attached

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $_____   on the 1st day of _____
2. $_____   on the 1st day of _____
3. $_____   on the 1st day of _____
4. $_____   on the 1st day of _____
5. $_____   on the 1st day of _____
6. $_____   on the 1st day of _____

See attached

_____Myra K. Peters Acct Clerk_____
Authorized Officer of Institution

DATE  7.25.05

```
                       STATE OF ALABAMA
                    DEPARTMENT OF CORRECTIONS
                    EASTERLING CORR FACILITY


AIS #: 145598      NAME: CLEMENTS, ROBERT WAYNE        AS OF: 07/25/2005

                    # OF        AVG DAILY        MONTHLY
           MONTH    DAYS         BALANCE         DEPOSITS
------------------------------------------------------------------------

           JUL        6          $137.39          $0.00
           AUG       31           $13.47         $25.00
           SEP       30            $0.23          $0.00
           OCT       31            $1.39         $25.00
           NOV       30           $13.85         $40.00
           DEC       31            $0.00          $0.00
           JAN       31            $0.00          $0.00
           FEB       28            $1.70         $25.00
           MAR       31            $0.06          $0.00
           APR       30            $0.78         $20.00
           MAY       31            $0.33          $0.00
           JUN       30            $0.15          $0.00
           JUL       25            $8.43         $40.00
```