IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ROBERT WAYNE CLEMENTS, #145 598     *

    Petitioner,     *

    v.     * CIVIL ACTION NO. 3:05-CV-723-T

GWENDOLYN MOSLEY, WARDEN, *et al.*     *

    Respondents.     *

_____

**ORDER ON MOTION**

Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 2), IS GRANTED.

Done this 5th day of August, 2005.

    **/s/ Delores R. Boyd**
    DELORES R. BOYD
    UNITED STATE MAGISTRATE JUDGE