| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X Taylor   ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery 8/10/05<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Hon. Troy King<br>Attorney General for the<br>State of Alabama<br>11 South Union Street<br>Montgomery, AL 36130<br><br>05cv723 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number. (Transfer from service label) | 7005 1160 0001 3017 2815 |
| PS Form 3811, August 2001 | Domestic Return Receipt   102595-02-M-1540 |