IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT WAYNE CLEMENTS,<br>AIS #145598,<br><br>    Petitioner,<br><br>v.<br><br>GWENDOLYN MOSLEY,<br>WARDEN, *et al.*<br><br>    Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  3:05-CV-723-T<br>)<br>)<br>)<br>)<br>)<br>) |

## REQUEST FOR ADDITIONAL TIME
## IN WHICH TO RESPOND

Come now Respondents in the above-styled cause and request an additional fourteen days in which to respond to this Court's Order. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts; therefore, I have had insufficient time in which to complete the Order.

WHEREFORE, in consideration of the foregoing reasons, Respondents request that the Court grant this request for 14 additional days in which to respond in this case, making said response due on or before September 8, 2005.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

Respectfully submitted,

Troy King, ASB #KIN047
*Attorney General*
By-


s/Nancy M. Kirby
Nancy M. Kirby ID#KIR031
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Robert Wayne Clements, AIS #145598, Easterling Correctional Facility, 200 Wallace Drive, Clio, AL 36017-2615.

                                  Respectfully submitted,

                                  s/Nancy M. Kirby (KIR031)
                                  Nancy M. Kirby (KIR031)
                                  Office of the Attorney General
                                  Alabama State House
                                  11 South Union
                                  Montgomery, AL 36130-0152
                                  Telephone: (334) 242-7300
                                  Fax: (334) 242-2848
                                  E-Mail: nkirby@AGO.State.AL.US

21732/80016-001