IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ROBERT WAYNE CLEMENTS, #145 598    *

    Petitioner,    *

    v.    * CIVIL ACTION NO. 3:05-CV-723-T

GWENDOLYN MOSLEY, WARDEN, *et al.*   *

    Respondents.    *

_____

**ORDER ON MOTION**

Upon consideration of Respondents' *Motion for Extension of Time*, and for good cause, it is **ORDERED** that:

1. Respondents' motion (Doc. No. 7) is GRANTED; and

2. Respondents are GRANTED an extension from August 29, 2005 to September 8, 2005 to file their answer.

Done this 25th day of August, 2005.

                                         **/s/ Delores R. Boyd**
                                         DELORES R. BOYD
                                         UNITED STATES MAGISTRATE JUDGE