IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT WAYNE CLEMENTS, #145 598 | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO. 3:05-CV-723-T |
| GWENDOLYN MOSLEY, WARDEN, *et al*. | * |
| Respondents. | * |

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Petitioner's motion (Doc. No. 11) is GRANTED;

2. Petitioner is GRANTED an extension from October 3, 2005 to October 25, 2005 to file his response.

Done this 12th day of October 2005.

                                                  **/s/ Delores R. Boyd**
                                                  DELORES R. BOYD
                                                  UNITED STATE MAGISTRATE JUDGE