In the United States District Court
For the Middle District of Alabama
Eastern Division

Robert Wayne Clements )
    Petitioner., )         Civil Action No.
                          )         3:05-CV-723-T
v.                       )
State of Alabama, et al, )
    Respondents         )

## Motion For Statues of Cases

Now comes the petitioner, Robert Wayne Clements and pro se, moves this Court to show the Statues of the Case

Respectfully Sumitted this the 1- Day of January, 2006

x Robert Wayne Clements

## Certificate of Service

I herby Certify that I have placed a true Copy of the forgoing in the United States mail Box to the following, done this -1- day of January, 2006.

Office of the Clerk
United States District Court
P.O Box 711
Montgomery, Alabama 36101-0711

*Robert Wayne Clements*

address of petitioner
Robert wayne Clements 145598
ECF 200 Wallace Drive 8-B-126
Clio Al, 36017