IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT WAYNE CLEMENTS, #145 598 | * | |
| Petitioner, | * | |
| v. | * | 3:05-CV-723-MHT |
| GWENDOLYN MOSLEY, WARDEN, *et al*. | * | |
| Respondents. | * | |

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Status, and for good cause, it is

ORDERED that the Motion for Status (Doc. No. 14) is GRANTED.  Petitioner is advised that this case is pending on his petition for habeas corpus relief, Respondents' answer thereto, and Petitioner's response.  Petitioner is further advised that no additional pleadings are necessary to a determination of the issues presented herein and he will be informed of any action undertaken by the court on his petition.

Done this 10th day of January 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATE MAGISTRATE JUDGE