In United States District Court

Robert Clements
    Plaitiff,

vs

State of Alabama
    Defendant

Case no. CC-325-323
3:05cv723-MHT

RECEIVED 2007 JAN -4 A 10:00
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion

I'm filing this motion, asking status of my case.

x Robert W Clements
    Petitioner

## Certificate of Service

I hereby certify that I have served a copy of the foregoing upon the Respondents by placing same in the United States mail Box, located at Easterling Correctional Facility. Postage prepaid, and, addressed correctly. Executed this the 31 day of December, 2006.

x Robert W Clements
Robert W Clements
    Petitioner,

Office of Attorney General
11 South Union Street
Montgomery, Alabama
36130-0152

### Address of Petitioner
Robert Clements
Easterling Correctional Facility
ECF # 145598 # Dorm 8B-12C
200 Wallace Drive Clio, Alabama
36017-2615