IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ROBERT WAYNE CLEMENTS,     *
#145 598
    Petitioner,                  *

    v.                              *        3:05-CV-723-MHT

GWENDOLYN MOSLEY,       *
WARDEN, *et al*.
                                *

    Respondents.
_____

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Status, and for good cause, it is ORDERED that the motion (Doc. No. 16) be and is hereby GRANTED.

Petitioner is advised that the instant action is pending on the undersigned's docket along with numerous other actions filed both before and after the present petition was filed. The court notes that this matter is ready for review and a decision shall be rendered within due course as the court's schedule permits.

Done, this 10th day of January 2007.

                                                 /s/Terry F. Moorer
                                                 TERRY F. MOORER
                                                 UNITED STATES MAGISTRATE JUDGE