IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT WAYNE CLEMENTS, #145 598, <br><br>  Petitioner, <br><br> v. <br><br> GWENDOLYN MOSLEY, WARDEN, *et al.*, <br><br>  Respondents. | ) ) ) ) ) ) ) CIVIL ACTION NO. ) 3:05-CV-723-MHT ) ) ) |

## **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on August 31, 2007 (Doc. #18), that Petitioner's request for habeas corpus relief be denied and that this case be dismissed with prejudice.

After a review of the recommendation, to which Plaintiff did not object, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 24th day of September, 2007.

　　　　　　　　　　　　　　　/s/  Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE