IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ROBERT WAYNE CLEMENTS, #145 598, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO. ) 3:05-CV-723-MHT |
| GWENDOLYN MOSLEY, WARDEN, *et al.,* | ) ) |
| Respondents. | ) |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is

ORDERED and ADJUDGED that the recommendation of the United States Magistrate Judge (Doc. #18) is adopted and the petition of habeas relief (Doc. #1) is denied.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 24th day of September, 2007.

                     /s/  Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE